**REVERSE and VACATE; and Opinion Filed May 13, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00398-CV

### FREDERICK E. MCDONALD, IV, Appellant
### V.
### EMILY C. MCDONALD, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-09019**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Schenck

Appellant Fredrick E. McDonald, IV appeals a turnover order issued by the trial court.

The trial court's Final Judgment, which forms the basis of the turnover order, is the subject of an

appeal before this court in cause number 05–15–00338–CV. In light of this court's May 11,

2016 opinion and judgment in that cause, we reverse the trial court's turnover order and vacate

the order in its entirety.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


150398F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FREDERICK E. MCDONALD, IV,
Appellant

No. 05-15-00398-CV      V.

EMILY C. MCDONALD, Appellee

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-07-09019.
Opinion delivered by Justice Schenck,
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, the turnover order issued by the trial court is **REVERSED** and **VACATED** and that:

It is **ORDERED** that appellant FREDERICK E. MCDONALD, IV recover his costs of this appeal from appellee EMILY C. MCDONALD.

Judgment entered this 13th day of May, 2016.